UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

DISHANNA MCCLAIN,

                                        Plaintiff,

              -against-

THE CITY OF NEW YORK, Police Officer FRANCESCO
ALLEVATO, Shield No. 2939, Police Officer KELVIN
PERALTA, Shield No. 06980, and Sergeant GARY
CALHOUN, Shield No. 00622,

                                        Defendants.
--------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-6813 (ENV) (CLP)

FILED IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 17 2017 ★
BROOKLYN OFFICE

Rec'd 8/17/17

        WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       8 | 8    , 2017

THE RAMEAU LAW FIRM
*Attorneys for Plaintiff*
16 Court Street, Suite 2504
Brooklyn, NY 11241

By: _____
Amy Rameau
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Allevato*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Suzanne E. Aribakan
Senior Counsel

SO ORDERED:

/S/ USDJ ERIC N. VITALIANO

HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

Dated:  8 | 14   , 2017

The Clerk is directed to close this case.

2

*[Signature]*

#14
The Clerk is directed
to close this case.